**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kylee Sue,

Plaintiff

v.

Rockets Interstate Transportation, LLC,

Defendant

Case No.: 2:26-cv-00244-JAD-BNW

**Order Denying Motion for Default Judgment**

[ECF No. 13]

In this employment lawsuit, Plaintiff Kylee Sue has filed a motion for default judgment against defendant Rockets Interstate Transportation, LLC.[1] She explains that Rockets has been defaulted, and she asks the court to award her $122,326.31 in front pay, emotional-distress damages, punitive damages, and attorney's fees.[2]

When determining whether a default judgment is available, the court must evaluate the seven factors outlined by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). Without an analysis from the plaintiff of how the *Eitel* factors justify default judgment, this court cannot fairly determine whether default judgment is available here. Because the plaintiff has not offered this court an evaluation of how the *Eitel* factors support the default judgment that she now requests,

IT IS ORDERED that the motion **[ECF No. 13] is DENIED** without prejudice to the filing of a new motion that thoroughly evaluates the *Eitel* factors.

U.S. District Judge Jennifer A. Dorsey
Dated: August 24, 2026

[1] ECF No. 13.

[2] *Id*. at 2.